**Order entered August 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00529-CV

## IN RE THE GOODYEAR TIRE & RUBBER COMPANY, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07666**

## ORDER

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. We **ORDER** the trial judge, the Honorable Ken Molberg, Judge of the 95th Judicial District Court to **VACATE** his April 8, 2014 "Order on Plaintiff's Motion for Entry upon Land." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order,** a certified copy of his order issued in compliance with this order. We **DENY** the motion of real parties in interest to strike relator's supplemental mandamus record. We **ORDER** that relator recover its costs of this original proceeding from the real parties in interest.

/s/     ROBERT M. FILLMORE
JUSTICE